LOUIS N. BOYARSKY (#263379)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: LBoyarsky@glancylaw.com

ROBERT I. HARWOOD
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA Y. STEIN, Derivatively on Behalf of Nominal Defendant EDISON, INC., <br><br> Plaintiff, <br><br> v. <br><br> THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, and BRETT WHITE, <br><br> Defendants, <br><br> and <br><br> EDISON INTERNATIONAL, <br><br> Nominal Defendant. | Case No. 3:15-cv-01581-AJB-RBB <br><br> **PROOF OF SERVICE SUMMONS AND COMPLAINT ON DEFENDANT EDISON INTERNATIONAL** |

311974.1 EDISON        PROOF OF SERVICE SUMMONS AND COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Verified Shareholder Derivative Complaint; and (iii) supporting documents for the above-captioned action. Service of said documents was effected on July 17, 2015 at 2:35 p.m. on defendant Edison International, via its registered agent for service of process, Cristina E. Limon, at 2244 Walnut Grove Avenue, Rosemead, CA 91770.

Dated: July 22, 2015					GLANCY PRONGAY & MURRAY LLP

							By: *s/ Louis N. Boyarsky*
							LOUIS N. BOYARSKY
							1925 Century Park East, Suite 2100
							Los Angeles, California 90067
							Telephone:	(310) 201-9150
							Facsimile:	(310) 201-9160
							Email:		LBoyarsky@glancylaw.com

							ROBERT I. HARWOOD
							MATTHEW M. HOUSTON
							BENJAMIN I. SACHS-MICHAELS
							HARWOOD FEFFER LLP
							488 Madison Avenue
							New York, NY 10022
							(212) 935-7400

							*Attorneys for Plaintiff*

1

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| LOUIS N. BOYARSKY, ESQ., SBN 263379<br>GLANCY PRONGAY & MURRAY LLP<br>1925 CENTURY PARK EAST<br>SUITE 2100<br>LOS ANGELES, CA 90067 | | | | | |
| Telephone No: (310) 201-9150    FAX No: (310) 201-9160 | | | | | |
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court For The Southern District Of California | | | | | |
| Plaintiff: SHIVA Y. STEIN, ETC. | | | | | |
| Defendant: THEODORE F. CRAVER, JR.; ET AL. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>3:15-CV-01581-AJB-RBB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:           EDISON INTERNATIONAL
   b. Person served:          CRISTINA E. LIMON, REGISTERED AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:    2244 WALNUT GROVE AVENUE
   ROSEMEAD, CA 91770

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 17, 2015 (2) at: 2:35PM

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CATHY JO GARCIA                                        d. *The Fee for Service was:*

   First Legal
   1511 West Beverly Blvd.                                   e. I am: (3) registered California process server
   Los Angeles, CA 90026                                         (i)  Independent Contractor
   Telephone  (213) 250-9111                                     (ii) Registration No.:     5882
   Fax        (213) 250-1197                                     (iii) County:              Los Angeles
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jul. 20, 2015

   Judicial Council Form                    PROOF OF SERVICE                    (CATHY JO GARCIA)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                       2739673   .glapr.715626

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On July 22, 2015, I caused to be served the following document:

**PROOF OF SERVICE SUMMONS AND COMPLAINT ON DEFENDANT EDISON INTERNATIONAL**

By posting the document to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2015, at Los Angeles, California.

*s/ Louis N. Boyarsky*
Louis N. Boyarsky

311975.1 EDISON

# Mailing Information for a Case 3:15-cv-01581-AJB-RBB Stein v. Craver, Jr. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Louis N. Boyarsky**
  lboyarsky@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`