LOUIS N. BOYARSKY (#263379)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:    LBoyarsky@glancylaw.com

ROBERT I. HARWOOD
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA Y. STEIN, Derivatively on Behalf of Nominal Defendant EDISON, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, and BRETT WHITE, <br><br>　　　　　　Defendants, <br><br>　　and <br><br>EDISON INTERNATIONAL, <br><br>　　　　　　Nominal Defendant. | Case No. 3:15-cv-01581-AJB-RBB <br><br><br> **NOTICE OF RELATED ACTION** |

314589.1 EDISON　　　　　　　　　NOTICE OF RELATED ACTION

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 40.1(f) and (g) of the Local Rules of Civil Procedure for the Southern District of California, the above-captioned action, *Stein v. Craver, et al.*, is related to the following action pending in this District:

*Eng v. Edison International, et al.*, Case No. 3:15-cv-01478-BEN-JMA.

The foregoing actions (i) arise from the same or closely related transactions, happenings or events; (ii) call for the determination of the same or substantially related or similar questions of law and fact; and (iii) would entail substantial duplication of labor if heard by different judges.

Dated: August 26, 2015     GLANCY PRONGAY & MURRAY LLP

By: *s/ Louis N. Boyarsky*
LOUIS N. BOYARSKY
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:        LBoyarsky@glancylaw.com

ROBERT I. HARWOOD
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiff*

1

314589.1 EDISON           NOTICE OF RELATED ACTION

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 26, 2015, I caused to be served the following document:

## NOTICE OF RELATED ACTION

By posting the document to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2015, at Los Angeles, California.

*s/ Louis N. Boyarsky*
Louis N. Boyarsky

311975.1 EDISON

# Mailing Information for a Case 3:15-cv-01581-AJB-RBB Stein v. Craver, Jr. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Louis N. Boyarsky**
  lboyarsky@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`