LIONEL Z. GLANCY (#134180)
KARA M. WOLKE (#241521)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

ROBERT I. HARWOOD
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA Y. STEIN, Derivatively on Behalf of Nominal Defendant EDISON, INC., <br><br> Plaintiff, <br><br> v. <br><br> THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, and BRETT WHITE, <br><br> Defendants, <br><br> and <br><br> EDISON INTERNATIONAL, <br><br> Nominal Defendant. | Case No. 3:15-cv-01581-BEN-KSC |

315455.1 JOINT MOTION
15-CV-1581-BEN-KSC

| | |
|---|---|
| 1  ROGER EKMAN, Derivatively on Behalf of Nominal Defendant EDISON INTERNATIONAL, | Case No. 3:15-CV-01918-L-WVG |
| 3              Plaintiff, | |
| 4     v. | |
| 5  THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, BRETT WHITE, | |
| 8              Defendants, | |
| 9     and | |
| 10 EDISON INTERNATIONAL, | |
| 11             Nominal Defendant. | |

# JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD PLAINTIFFS, CO-LEAD COUNSEL AND LIAISON COUNSEL

WHEREAS, on July 16, 2015, Plaintiff Shiva Y. Stein filed a stockholder derivative complaint in this Court against Defendants Theodore F. Craver, Jr., Jagjeet S. Bindra, Vanessa C. L. Chang, Richard Schlosberg, III, Linda G. Stuntz, Ellen O. Tauscher, Peter J. Taylor, and Brett White, and Nominal Defendant Edison International (collectively, the "Defendants") styled *Stein v. Craver, et al.,* 3:15-cv-01581-BEN-KSC (the "*Stein* Action");

WHEREAS, on August 31, 2015, Plaintiff Roger Ekman filed a stockholder derivative complaint in this Court against the Defendants styled *Ekman v. Craver, et al.,* 3:15-cv-01918-L-WVG (the "*Ekman* Action," and together with the *Stein* Action, the "Actions");

WHEREAS, Defendants agree to accept service of process in the Actions;

WHEREAS, the Actions arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and therefore, the Actions should be consolidated for all purposes into a single consolidated action ("the Consolidated Derivative Action");

WHEREAS, Plaintiffs have met and conferred and have agreed that: (1) Plaintiffs should be appointed as Co-Lead Plaintiffs in the Consolidated Derivative Action; (2) the law firms of Harwood Feffer LLP ("Harwood Feffer") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") should be appointed as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action; and (3) the law firm of Glancy Prongay & Murray LLP ("Glancy Prongay") shall be appointed as Liaison Counsel in the Consolidated Derivative Action;

WHEREAS, Defendants agree that consolidation is appropriate but take no position as to the appointment of Co-Lead Plaintiffs, Plaintiffs' Co-Lead Counsel, or Liaison Counsel in the Consolidated Derivative Action;

NOW, THEREFORE, to conserve the resources of the Court and the litigants, it is hereby agreed by the undersigned counsel for the Plaintiffs and Defendants (collectively, the "Parties"), subject to the approval of this Court, as follows:

## I. CONSOLIDATION

1. The Court finds that the Actions arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and therefore, the Court has determined that the administration of justice would be served by consolidating the Actions.

2. The Actions are hereby consolidated for all purposes and are referred to herein as the Consolidated Derivative Action.

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION | ) Lead Case No. 3:15-cv-01581-BEN-KSC |
|---|---|
| | ) (Derivative Action) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |

4. The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. 3:15-cv-01581-BEN-KSC.

5. All documents previously served or filed in any of the Actions consolidated herein are deemed part of the record in the Consolidated Derivative Action.

6. The parties agree that when a case which properly belongs as part of *In re Edison International Derivative Litigation*, Lead Case No. 3:15-cv-01581-BEN-KSC, is hereafter filed in this Court or transferred here from another court, Co-Lead

Counsel will call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Edison International Derivative Litigation*, Lead Case No. 3:15-cv-01581-BEN-KSC, and Co-Lead Counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order.

7. This Order shall apply to each case arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

8. Unless superseded by stay or other Court action, no later than 45 days after entry of this Order Plaintiffs shall file a Consolidated Derivative Complaint. No later than 14 days after the filing of the Consolidated Derivative Complaint the parties shall meet and confer regarding a schedule for the Consolidated Derivative Action, including a schedule for responding to the Consolidated Derivative Complaint.

9. Defendants are not required to respond to the complaint in any of the Actions consolidated herein, other than the Consolidated Derivative Complaint.

## II. APPOINTMENT OF CO-LEAD PLAINTIFFS, CO-LEAD COUNSEL, AND LIAISON COUNSEL

10. Plaintiffs Shiva Y. Stein and Roger Ekman are hereby appointed as Co-Lead Plaintiffs in the Consolidated Derivative Action.

11. The law firms of Harwood Feffer and Kessler Topaz are hereby appointed as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action.

12. The law firm of Glancy Prongay is hereby appointed as Liaison Counsel in the Consolidated Derivative Action.

13. Plaintiffs' Co-Lead Counsel are authorized to speak for Plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make

all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

14. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Plaintiffs' Co-Lead Counsel.

15. Defendants' counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or any other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements will be binding on Plaintiffs.

Dated: September 11, 2015

Respectfully submitted,

**GLANCY PRONGAY & MURRAY, LLP**

*/s/ Kara M. Wolke*

Kara M. Wolke (#241521)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

**HARWOOD FEFFER LLP**

*/s/ Matthew Houston / by KMW*

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

*Counsel for Plaintiff Shiva Y. Stein*

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**

*/s/ Eric Zagar / by KMW*
Eric L. Zagar (#250519)
Robin Winchester
Christopher M. Windover
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

-and-

Eli R. Greenstein (#217945)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

*Counsel for Plaintiff Roger Ekman*

**MUNGER, TOLLES
   & OLSON, LLP**

*/s/ John Gildersleeve / by KMW*
John W. Spiegel (#78935)
John M. Gildersleeve (#284618)
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 683-9100

*Counsel for Defendants and Nominal Defendant*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 11, 2015, I caused to be served the following document:

**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD PLAINTIFFS, CO-LEAD COUNSEL AND LIAISON COUNSEL**

By posting the document to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2015, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

315489.1 EDISON

# Mailing Information for a Case 3:15-cv-01581-BEN-KSC Stein v. Craver, Jr. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Louis N. Boyarsky**
  lboyarsky@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`