UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA Y. STEIN, Derivatively on Behalf of Nominal Defendant EDISON, INC., <br><br> Plaintiff, <br><br> v. <br><br> THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, and BRETT WHITE, <br><br> Defendants, <br> and <br><br> EDISON INTERNATIONAL, <br><br> Nominal Defendant. | Case No. 3:15-cv-01581-BEN-KSC |
| ROGER EKMAN, Derivatively on Behalf of Nominal Defendant EDISON INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, BRETT WHITE, <br><br> Defendants, <br> and <br><br> EDISON INTERNATIONAL, <br><br> Nominal Defendant. | Case No.: 15CV1918 BEN (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD PLAINTIFFS, CO-LEAD COUNSEL AND LIAISON COUNSEL** <br><br> [Docket No. 6] |

Pursuant to the parties' Joint Motion, IT IS HEREBY ORDERED THAT:

1. The Court finds that the Actions captioned above arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and therefore, the Court has determined that the administration of justice would be served by consolidating the Actions.

2. The Actions are hereby consolidated for all purposes and are referred to herein as the Consolidated Derivative Action.

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION | ) Lead Case No. 3:15-cv-01581-BEN-KSC |
|---|---|
|  | ) (Derivative Action) |
| This Document Relates To: |  |
| ALL ACTIONS. |  |

4. The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. 3:15-cv-01581-BEN-KSC.

5. All documents previously served or filed in any of the Actions consolidated herein are deemed part of the record in the Consolidated Derivative Action.

6. The parties agree that when a case which properly belongs as part of *In re Edison International Derivative Litigation*, Lead Case No. 3:15-cv-01581-BEN-KSC, is hereafter filed in this Court or transferred here from another court, Co-Lead Counsel will call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Edison International Derivative Litigation*, Lead Case No. 3:15-cv-01581-BEN-KSC, and Co-Lead Counsel for the

Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order.

7. Unless superseded by stay or other Court action, no later than **30 days** after entry of this Order Plaintiffs shall file a Consolidated Derivative Complaint. No later than **30 days** after the filing of the Consolidated Derivative Complaint Defendants shall respond to the Consolidated Derivative Complaint.

8. Defendants are not required to respond to the complaint in any of the Actions consolidated herein, other than the Consolidated Derivative Complaint.

9. Plaintiffs Shiva Y. Stein and Roger Ekman are hereby appointed as Co-Lead Plaintiffs in the Consolidated Derivative Action.

10. The law firms of Harwood Feffer and Kessler Topaz are hereby appointed as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action.

11. The law firm of Glancy Prongay is hereby appointed as Liaison Counsel in the Consolidated Derivative Action.

12. Plaintiffs' Co-Lead Counsel are authorized to speak for Plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

13. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Plaintiffs' Co-Lead Counsel.

///

///

///

14. Defendants' counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or any other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements will be binding on Plaintiffs.

Dated: October 8, 2015

Hon. Roger T. Benitez
United States District Judge