**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Kara M. Wolke (#241521)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:15-cv-01581-BEN-KSC<br><br>(Derivative Action)<br><br>**JOINT MOTION TO STAY CONSOLIDATED DERIVATIVE ACTION** |

WHEREAS, on July 16, 2015, plaintiff Shiva Y. Stein ("Stein") filed a stockholder derivative complaint in this Court on behalf of nominal defendant Edison International ("Edison"), against defendants Theodore F. Craver, Jr., Jagjeet S. Bindra, Vanessa C. L. Chang, Richard Schlosberg, III, Linda G. Stuntz, Ellen O. Tauscher, Peter J. Taylor, and Brett White (collectively, "Defendants") styled *Stein v. Craver, et al*., Case No. 3:15-cv-01581-BEN-KSC (the "*Stein* Action"), alleging breach of fiduciary duty and other claims;

WHEREAS, on August 31, 2015, plaintiff Roger Ekman ("Ekman") filed a related stockholder derivative complaint in this Court on behalf of Edison against Defendants styled *Ekman v. Craver, et al*., Case No. 3:15-cv-01918-L-WVG (the "*Ekman* Action," and together with the *Stein* Action, the "Actions");

WHEREAS, on September 11, 2015, Stein, Ekman, and Defendants (the "Parties") filed a Joint Motion to Consolidate Related Actions and Appoint Co-Lead Plaintiffs, Co-Lead Counsel and Liaison Counsel (the "Joint Motion");

WHEREAS, on October 8, 2015, the Court entered an order granting the Joint Motion (the "Order"). The Order provided for, *inter alia*, 1) consolidation of the Actions into a Consolidated Derivative Action; 2) appointment of Stein and Ekman ("Plaintiffs") as Co-Lead Plaintiffs in the Consolidated Derivative Action; and 3) appointment of the law firms of Harwood Feffer LLP and Kessler Topaz Meltzer & Check, LLP as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action. The Order further provided, *inter alia*, that: 1) Plaintiffs shall file a Consolidated

Derivative Complaint no later than thirty (30) days after entry of the Order; and 2) Defendants shall respond to the Consolidated Derivative Complaint no later than thirty (30) days after the filing of the Consolidated Derivative Complaint;

WHEREAS, pursuant to the Order, Plaintiffs in the Consolidated Derivative Action filed a Consolidated Derivative Complaint on November 9, 2015;

WHEREAS, there is a securities class action lawsuit pending before this Court styled *Eng v. Edison International, et al.*, Case No. 3:15-cv-01478-BEN-KSC (the "Securities Class Action"), asserting federal securities claims arising from facts common to those at issue in the Consolidated Derivative Action;

WHEREAS, due to the substantial overlap in factual issues between the Consolidated Derivative Action and the Securities Class Action, the Parties believe that the resolution of any motion(s) to dismiss filed in the Securities Class Action may affect the manner in which the Consolidated Derivative Action proceeds;

WHEREAS, Plaintiffs and Defendants are aware of one additional pending derivative action filed on October 8, 2015, by plaintiff Kem Cook ("Cook") in the Superior Court of California, County of Los Angeles, also on behalf of Edison and against the same defendants as those in the Consolidated Derivative Action, styled *Cook v. Craver, et al.*, Case No. BC-597119 (the "State Derivative Action");

WHEREAS, Plaintiffs and Defendants agree that this Consolidated Derivative Action should be stayed on the terms and conditions set forth in this Joint Motion; and

WHEREAS, if the Court has not acted upon this Joint Motion by the deadline for Defendants to respond to the Consolidated Derivative Complaint, Plaintiffs agree not to assert that Defendants have defaulted or waived any arguments by reason of not filing a response by such date;

NOW THEREFORE, to conserve the resources of the Court and the Parties and to promote the efficient and orderly administration of justice, it is hereby stipulated and agreed by the undersigned counsel, subject to the approval of this Court, as follows:

1. The Consolidated Derivative Action is hereby stayed in its entirety, effective November 10, 2015, until the Court enters an order denying (in whole or in part) or granting with prejudice any motion(s) to dismiss filed in the Securities Class Action and there is no further opportunity for amending the complaint and no opportunity for appeal. Notwithstanding the foregoing, any party to the Consolidated Derivative Action shall have the right to lift the stay so long as such party provides at least thirty (30) days' prior written notice to the other parties. The Parties shall meet and confer within fourteen (14) days after the expiration or lifting of the stay concerning further proceedings in the Consolidated Derivative Action and shall submit within thirty (30) days after the expiration or lifting of the stay a proposed scheduling order to the Court. Defendants shall not have to respond to the Consolidated Derivative Complaint until a new response date is ordered by the Court;

2. The deadline for Defendants to respond to the Consolidated Derivative Complaint in the Consolidated Derivative Action is hereby adjourned;

3. So long as the stay of this Consolidated Derivative Action remains in effect, Defendants shall provide Plaintiffs in the Consolidated Derivative Action with copies of all discovery that Defendants produce (formally or informally) to the plaintiffs in the Securities Class Action and/or State Derivative Action, within five (5) business days of the date upon which Defendants produce such discovery in the Securities Class Action or State Derivative Action. This includes, without limitation: (i) all documents and written responses to discovery in the form and manner in which such documents are produced in the Securities Class Action or State Derivative Action; (ii) the transcripts of any depositions conducted in the Securities Class Action and/or State Derivative Action; and (iii) any written agreements regarding discovery between the plaintiffs in the Securities Class Action or State Derivative Action, on the one hand, and the Defendants, on the other hand. Defendants' agreement to provide copies of any such discovery is without prejudice to Defendants' ability to assert that such discovery is improper, premature, or otherwise inappropriate in the Securities Class Action, the State Derivative Action, and/or the Consolidated Derivative Action. Plaintiffs acknowledge that their ability to receive discovery from the Securities Class Action and/or State Derivative Action is contingent upon their agreement to be bound by any agreement or stipulation governing the treatment of confidential and/or inadvertently produced information on

substantially identical terms as any such agreement or stipulation entered into by the parties in the Securities Class Action and/or State Derivative Action;

4. If there is a mediation or any formal settlement meetings to attempt to resolve the claims asserted in the Securities Class Action and/or State Derivative Action, then Defendants shall notify Plaintiffs of any such mediation or formal settlement hearing. Notification to Plaintiffs of the setting of such mediation(s) or formal settlement meeting(s) shall be reasonable under the circumstances.

Dated: November 11, 2015

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Kara M. Wolke*
Lionel Z. Glancy
Kara M. Wolke
1925 Century Park East, Suite 2150
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Liaison Counsel for Plaintiffs*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

*Co-Lead Counsel for Plaintiffs*

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Eric L. Zagar (250519)
Robin Winchester
Christopher M. Windover
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Eli R. Greenstein (217945)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Co-Lead Counsel for Plaintiffs*

Dated: November 11, 2015          **MUNGER, TOLLES & OLSON LLP**

By: *s/ John W. Spiegel*
JOHN W. SPIEGEL
JOHN M. GILDERSLEEVE
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Phone: (213) 683-9152
Email: John.Spiegel@mto.com

*Counsel for Defendants and Nominal Defendant*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On November 11, 2015, I caused to be served the following document:

**JOINT MOTION TO STAY CONSOLIDATED DERIVATIVE ACTION**

By posting the document to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2015, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 3:15-cv-01581-BEN-KSC Stein v. Craver, Jr. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com

- **Kara Michelle Wolke**
  info@glancylaw.com,kwolke@glancylaw.com

- **Eric L. Zagar**
  ezagar@ktmc.com,cwindover@ktmc.com,dtewksbury@ktmc.com,cmcginnis@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)