UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 15CV1581 BEN (KSC)<br><br>(Derivative Action)<br><br>**ORDER DENYING JOINT MOTION TO STAY CONSOLIDATED DERIVATIVE ACTION**<br><br>[Docket No. 10] |

The parties have filed a Joint Motion to Stay this case until the Court rules on anticipated motions to dismiss in a related Securities Class Action, *Eng v. Edison International*, Case No. 15cv1478. The parties specifically request this stay extend until the Court denies or grants the anticipated motions to dismiss with prejudice and without leave to amend.

The Court declines to issue the stay. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Assuming motions to dismiss are filed in the Securities Class Action, those motions will not be heard until March 7, 2016. In addition, if those motions are granted with leave to amend, as is often the case, the stay would be extended even further for briefing on motions to

dismiss an amended complaint that would likely follow.  This case would potentially be pending for a year before making any progress toward its resolution.

The Joint Motion to Stay is **DENIED**.  Defendants shall respond to the Consolidated Derivative Complaint within 30 days of the filing of this Order.

**IT IS SO ORDERED.**

Dated:  December 4, 2015

Hon. Roger T. Benitez
United States District Judge