1  JOHN W. SPIEGEL (SBN 78935)
   john.spiegel@mto.com
2  JOHN M. GILDERSLEEVE (SBN 284618)
   john.gildersleeve@mto.com
3  LAUREN C. BARNETT (SBN 304301)
   lauren.barnett@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, California 90071-1560
   Telephone: (213) 683-9100
6
   ROBERT S. BREWER, JR. (SBN 65294)
7  brewer@scmv.com
   SELTZER CAPLAN MCMAHON VITEK
8  750 B Street, Suite 2100
   San Diego, California 92101
9  Telephone: (619) 685-3003

10 Attorneys for Defendants
   THEODORE F. CRAVER, JR., JAGJEET
11 S. BINDRA, VANESSA C. L. CHANG,
   RICHARD T. SCHLOSBERG, III,
12 LINDA G. STUNTZ, ELLEN O.
   TAUSCHER, PETER J. TAYLOR, and
13 BRETT WHITE and Nominal Defendant
   EDISON INTERNATIONAL

14

15              UNITED STATES DISTRICT COURT

16              SOUTHERN DISTRICT OF CALIFORNIA

17

| 18 | IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION | Lead Case No. 3:15-cv-1581-BEN-KSC |
|---|---|---|
| 19 | | **NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED DERIVATIVE COMPLAINT** |
| 20 | This Document Relates to: | |
| 21 | ALL ACTIONS. | [Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of John M. Gildersleeve filed concurrently] |
| 22–24 | | |
| 25 | | Date: March 7, 2016 |
| 26 | | Time: 10:30 a.m.<br>Ctrm: 5A<br>Judge: Hon. Roger T. Benitez |

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 7, 2016 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Roger Benitez, located at 221 West Broadway, San Diego, CA 92101, Courtroom 5A, Nominal Defendant Edison International and Defendants Theodore F. Craver, Jr., Jagjeet S. Bindra, Vanessa C. L. Chang, Richard T. Schlosberg, III, Linda G. Stuntz, Ellen O. Tauscher, Peter J. Taylor, and Brett White will and hereby do move to dismiss in its entirety the Consolidated Derivative Complaint in this action.

This Motion is made pursuant to Rule 23.1 of the Federal Rules of Civil Procedure on the ground that Plaintiffs did not make a demand before filing this shareholder derivative action and such a demand is required and not excused.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of John M. Gildersleeve filed concurrently, the pleadings and records on file in this action, and such additional authority and argument as may be presented in Reply or at a hearing on this Motion.

| | |
|---|---|
| Dated: January 6, 2016 | Respectfully submitted,<br><br>MUNGER, TOLLES & OLSON LLP<br>   JOHN W. SPIEGEL<br>   JOHN M. GILDERSLEEVE<br>   LAUREN C. BARNETT<br><br>SELTZER CAPLAN MCMAHON VITEK<br>   ROBERT S. BREWER, JR.<br><br>By:    *s/ John W. Spiegel*<br>       John W. Spiegel<br><br>Attorneys for Defendants<br>THEODORE F. CRAVER, JR., JAGJEET S. BINDRA, VANESSA C. L. CHANG, RICHARD T. SCHLOSBERG, III, LINDA G. STUNTZ, ELLEN O. TAUSCHER, PETER J. TAYLOR, and BRETT WHITE and Nominal Defendant EDISON INTERNATIONAL |

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, I electronically filed the below-listed documents via the Court's Electronic Case Filing (ECF) system.

1. Notice of Motion and Motion to Dismiss Consolidated Derivative Complaint
2. Memorandum of Points and Authorities in Support of Motion to Dismiss Derivative Complaint
3. Request for Judicial Notice in Support of Motion to Dismiss Derivative Complaint
4. Declaration of John M. Gildersleeve in Support of Motion to Dismiss Derivative Complaint

I understand that notification of this filing will be sent to all counsel of record in this matter who are registered on CM/ECF.

/s/ John M. Gildersleeve