

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EDISON INTERNATIONAL DERIVATIVE LITIGATION, | Civil Action No. 15-cv-01581-BEN-KSC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court dismissed Plaintiffs' Consolidated Derivative Complaint on September 14, 2016 with leave to amend within 21 days. Plaintiffs did not file an amended complaint by October 5, 2016. Accordingly, judgment is hereby entered in favor of Defendants and against Plaintiffs.

Date: 4/26/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ K. Betancourt

K. Betancourt, Deputy